# ALEXIS WEYERS
2340 NW Westover Road, Second Floor
Portland, OR 97210

---

## EXPERIENCE

**Jeffrey M. Wong, Attorney**, Portland, OR
*Associate*, March 2017 – Present
- Drafts tax controversy documentation, including United States Tax Court petitions, explanatory letters to tax authorities, Offer in Compromise applications

**Children's Cancer Therapy Development Institute**, Beaverton, OR
*Operations Manager*, January 2016 – March 2017
- Managed startup biotech non-profit's finances and accounting, human resources, compliance, facilities, and operations

**Peking University School of Transnational Law**, Shenzhen, China
*C. V. Starr Lecturer of Law Fellow*, August 2014 – July 2015
- Taught legal research and writing skills to first- and second-year law students

**Virginia Beach Circuit Court**, Virginia Beach, VA
*Law Clerk*, August 2013 – July 2014
- Clerk to Hon. H. Thomas Padrick, Jr. and Hon. Stephen C. Mahan

**Legal Aid Justice Center,** Access to Justice Partnership Program, Charlottesville, VA
*Legal Intern*, Summer 2012
- Interviewed clients and drafted documents including an EEOC complaint, Virginia Employment Commission appeals letters, and advice letters

**The Hon. Lawrence E. Kahn,** United States District Court (N.D. N.Y.), Albany, NY
*Judicial Intern*, Summer 2011
- Researched and wrote decision-orders in insurance law and state sovereign immunity cases

**New York State Department of Environmental Conservation**, Albany, NY
*Legal Intern, Bureau of Remediation & Revitalization*, January 2011, Summer 2011
- Researched and wrote memos on federal and state law topics including NEPA requirements, criminal liability of corporate officers

**Connell Limited Partnership**, Boston, MA
*Tax Advisor*, January 2009 – August 2010
- Drafted partnership, corporation, S corporation, fiduciary, and individual tax returns for entities at federal, state and local levels

**IBM**, Fairfax, VA
*Consultant, United States Postal Service*, August 2006 – August 2008
- Wrote documentation to allow new shipping products to be tracked in the system
- Conducted customer acceptance testing and helped analysts resolve issues

## BAR ADMISSIONS
Admitted in Oregon, Virginia (lapsed)

## EDUCATION

**University of Virginia School of Law**, Charlottesville, VA
J.D., May 2013

**The College of William & Mary**, Williamsburg, VA
B.A., Economics and Government, *summa cum laude*, May 2006